IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PICO INDUSTRIES, INC.<br>611 West Ostend Street<br>Baltimore, Maryland 21230<br><br>    Plaintiff<br><br>    v.<br><br>UNITED STATES FIRE<br>    INSURANCE COMPANY<br>5500 Cherokee Avenue<br>Suite 300<br>Alexandria, Virginia 22312<br><br>SERVE:   RESIDENT AGENT<br>              Corporation Service Company<br>              11 South 12th Street<br>              Richmond, Virginia 23218<br><br>    Defendant | Case No.: _____ |

## COMPLAINT

Plaintiff, Pico Industries, Inc. ("Pico"), for its complaint against Defendant, United States Fire Insurance Company ("U.S. Fire"), states as follows:

1. Pico is a Maryland corporation engaged in the business of fabricating and erecting structural steel and other miscellaneous metal work. Pico maintains its principal place of business at 611 West Ostend Street, Baltimore, Maryland 21230.

2. Upon information and belief, Defendant U.S. Fire is a business entity organized under the laws of the state of Delaware and thus a "citizen" of that state. U.S. Fire is, also upon information and belief, an entity which carries on an insurance business sin the form of issuing surety bonds for construction projects.

3. This Court has jurisdiction over this matter based upon the diversity of the citizenship of the litigants and the fact that the amount in controversy exceeds $75,000, exclusive of interest and costs, pursuant to 28 U.S.C. §1332(a)(1).

4. Venue is appropriate before this Court as the construction project which is the subject of this litigation was located within the confines of the District of Columbia.

## COUNT I

5. The Dietze Construction Group, Inc. ("Dietze") was the general contractor for a construction project known as Langston Lofts located at 1390 V Street, N.W., Washington, D.C. (the "Project").

6. Dietze entered into a subcontract with Pico in the amount of $741,000.00, whereby Pico was to perform that scope of work at the Project relating to structural and miscellaneous metals. A copy of the parties' subcontract is attached hereto as Exhibit A.

7. U.S. Fire, as surety, provided to Dietze, as its principal, a Payment Bond, bearing number 6102301878, by which it bound itself jointly and severally with Dietze to pay for labor, materials and equipment furnished for use in the performance of Dietze's contract for the Project. A copy of the Payment Bond is attached hereto as Exhibit B.

8. Pico performed that work required of it under its subcontract with Dietze including such additional work that Dietze, from time to time, would direct and approve Pico to perform.

9. This additional work totaled $571,699.74, bringing Pico's total contract value for the Project to $1,312,699.24.

10. Pico has completed and discharged all of its work at the Project, and is entitled to payment in that amount.

11. At the present time, Pico is owed the sum of $607,730.86 for services, materials, labor and other work supplied at the Project. A copy of Application and Certification for Payment Number 25 dated November 30, 2005 is attached hereto as Exhibit C.

12. Dietze's failure and refusal to pay Pico the aforesaid amount constitutes a material breach of their contract for which Dietze is liable.

13. Dietze's failure and refusal to pay Pico triggers the obligation of U.S. Fire under the Payment Bond to make payment to Pico.

14. Despite repeated demands, neither Dietze nor its surety U.S. Fire has paid the $607,730.86 that is due and owing to Pico.

15. Pico has complied with all conditions and requirements of the Payment Bond and/or such conditions and requirements have been waived or excused.

WHEREFORE, Plaintiff Pico Industries, Inc. hereby demands judgment against Defendant United States Fire Insurance Company in the amount of $607,730.86, plus pre-judgment interest, post-judgment interest, and costs, together with such other and further relief as this Court may deem appropriate.

Respectfully submitted,

HUDDLES, JONES, SORTEBERG
& DACHILLE, P.C.

_____
Lucas F. Webster, Bar No. 470174
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
phone: (410) 720-0072
fax: (410) 720-0329
Attorneys for Plaintiff Pico Industries, Inc.

Date: July 20, 2006