# UNITED STATED DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**PICO INDUSTRIES, INC.**           *

                             *

   **Plaintiff**                    *

                             *

          **v.**              *    **Case No.:** _____

                             *

**UNITED STATES FIRE**          *

   **INSURANCE COMPANY**      *

                             *

   **Defendant**                *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

UPON CONSIDERATION of Plaintiff, Pico Industries, Inc. Motion for Stay of Action During Arbitration, and any response thereto, it is this _____ day of _____, 2006 hereby

ORDERED that the Motion be, and is, Granted; and it is further

ORDERED that this cause be stayed while the arbitration proceeding between Pico Industries, Inc. and The Dietze Construction Group, Inc. be completed; and it is further

ORDERED that Plaintiff Pico Industries, Inc. is to provide the Court with a status report as to the outcome of the arbitration within ten (10) days of receiving the final arbitration award concluding that controversy.

_____
Judge, United States District Court for the
District of Columbia

<u>Copies to:</u>

Lucas F. Webster, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle
Suite 200
Columbia, MD 21044

United States Fire Insurance Company
c/o Resident Agent
Corporation Service Company
11 South 12th Street
Richmond, Virginia  23218