IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PICO INDUSTRIES, INC.       *
                            *
    Plaintiff               *
                            *
                            *
    v.                      *
                            *
UNITED STATES FIRE          *
    INSURANCE COMPANY       *   Case No.:   1:06CV01336
                            *
                            *
    Defendant               *
************************************************************

## RETURN OF SERVICE

I served the following documents:

- Summons.
- Complaint, with Exhibits A – C.
- Motion for Stay of Action During Arbitration, Memorandum of Points and Authorities in Support of Motion for Stay of Action During Arbitration with Exhibits A – E.

by Certified Mail (green card attached) on Corporation Service Company, Resident Agent for United States Fire Insurance Company, 11 South 12th Street, Richmond, Virginia 23218 on August 7, 2006.

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Dated: August 10, 2006

*Kathy Munder* (signature)
Kathy Munder
Legal Assistant to Lucas F. Webster, Bar No. 470174
Huddles, Jones, Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, Maryland 21044
410-720-0072

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 2.31 | 8/3/06 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.56 | |

Sent To: U.S. Fire c/o Corp Serv Co
Street, Apt. No.; or PO Box No.: 11 South 12th Street
City, State, ZIP+4: Richmond VA 23218

7004 2510 0006 5950 1133

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Fire Ins. Co.
c/o Corporation Service Co.
Resident Agent
11 South 12th Street
Richmond VA 23218

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: 8-7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0006 5950 1133

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540