IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PICO INDUSTRIES, INC. ) | | |
| Plaintiff ) | | |
| v. ) | Case No.: | 1:06CV01336 (RWR) |
| UNITED STATES FIRE INSURANCE COMPANY ) | | |
| Defendant ) | | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant, United States Fire Insurance Company.

I certify that I am admitted to practice in this court.

                                                Respectfully submitted,

Dated: August 24, 2006                         /s James R. Newland, Jr.
                                              James R. Newland, Jr., Esq. (D.C. Bar No. 477804)
                                              THELEN REID & PRIEST LLP
                                              701 Eighth Street, N.W.
                                              Washington, D.C. 20001
                                              Phone: 202-508-4000
                                              Facsimile: 202-508-4321

**CERTIFICATE OF SERVICE**

    This is to certify that on the 24th day of August, 2006, a true and correct copy of the foregoing document was filed in the Court's ECF filing system. I understand that a copy of this document will be electronically served upon:

Mark S. Dachille
Lucas F. Webster
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle
Suite 200
Columbia, Maryland 21044
Facsimile: (410) 720-0329

                                                    /s James R. Newland, Jr.
                                                    James R. Newland, Jr.

DC #227388 v1