IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PICO INDUSTRIES, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES FIRE INSURANCE )<br>COMPANY )<br>)<br>Defendant )<br>) | Case No.:   1:06CV01336 (RWR) |

**CERTIFICATE REQUIRED BY LOCAL RULE 7.1 OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant, United States Fire Insurance Company, certify that to the best of my knowledge and belief, the following are parent companies of Unites States Fire Insurance Company which may have outstanding securities in the hands of the public:

> Fairfax Financial Holdings Limited
> FFHL Group, Ltd.
> Fairfax, Inc.
> Crum & Forster Holding, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: August 24, 2006            /s James R. Newland, Jr.
James R. Newland, Jr., Esq. (D.C. Bar No. 477804)
THELEN REID & PRIEST LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
Phone: 202-508-4000
Facsimile: 202-508-4321

DC #227391 v1

**CERTIFICATE OF SERVICE**

This is to certify that on the 24th day of August, 2006, a true and correct copy of the foregoing document was filed in the Court's ECF filing system. I understand that a copy of this document will be electronically served upon:

Mark S. Dachille
Lucas F. Webster
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle
Suite 200
Columbia, Maryland 21044
Facsimile: (410) 720-0329

                                                                            /s James R. Newland, Jr.
                                                                             James R. Newland, Jr.