UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 2 8 2006
Chambers of Judge Roberts

PICO INDUSTRIES, INC.        *
                             *
    Plaintiff                *
                             *
        v.                   *   Case No.: __06 1336__
                             *
UNITED STATES FIRE           *
    INSURANCE COMPANY        *
                             *
    Defendant                *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

UPON CONSIDERATION of Plaintiff, Pico Industries, Inc. *unopposed* Motion for Stay of Action During Arbitration, and any response thereto, it is this __15th__ day of __September__, 2006 hereby

ORDERED that the Motion be, and is, Granted; and it is further

ORDERED that this cause be stayed *and ADMINISTRATIVELY CLOSED* while the arbitration proceeding between Pico Industries, Inc. and The Dietze Construction Group, Inc. be completed; and it is further

ORDERED that Plaintiff Pico Industries, Inc. is to provide the Court with a status report as to the outcome of the arbitration within ten (10) days of receiving the final arbitration award concluding that controversy.

_____
Judge, United States District Court for the
District of Columbia

Copies to:

Lucas F. Webster, Esquire
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle
Suite 200
Columbia, MD 21044

United States Fire Insurance Company
c/o Resident Agent
Corporation Service Company
11 South 12th Street
Richmond, Virginia  23218