UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PICO INDUSTRIES, INC. | * |
| Plaintiff | * |
| v. | * Case No.: 1:06 CV 01336 |
| | * Judge Richard W. Roberts |
| UNITED STATES FIRE INSURANCE COMPANY | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and as evidenced by the signature of counsel below, the Parties agree to dismiss this action, in its entirety, with prejudice, effective July 7, 2006. Each Party shall bear its own costs, attorney's fees, and expenses.

_____  _____
Lucas Webster, Bar No. 470174          James R. Newland, Jr., Bar No. 477804
Huddles Jones Sorteberg & Dachille, P.C.   Thelen Reid Brown Raysman & Steiner, LLP
10211 Wincopin Circle, Suite 200        701 Eighth Street, NW
Columbia, MD 21044                 Washington, DC 20001
(301) 621-4120                      202-508-4000
(301) 621-4473 (fax)                  202-508-4321 (fax)
**Attorneys for Plaintiff**             **Attorneys for Defendant**
**Pico Industries, Inc.**               **United States Fire Insurance Company**

Approved and So Ordered, this ___ day of _____, 2007:

_____
Richard W. Roberts, Judge
United States District Court for the District of Columbia