UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PICO INDUSTRIES, INC. | * | |
| Plaintiff | * | |
| v. | * | Case No.: 1:06 CV 01336 |
| | * | Judge Richard W. Roberts |
| UNITED STATES FIRE INSURANCE COMPANY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and as evidenced by the signature of counsel below, the Parties agree to dismiss this action, in its entirety, with prejudice, effective July 7, 2006. Each Party shall bear its own costs, attorney's fees, and expenses.

_____
Lucas Webster, Bar No. 470174
Huddles Jones Sorteberg & Dachille, P.C.
10211 Wincopin Circle, Suite 200
Columbia, MD 21044
(301) 621-4120
(301) 621-4473 (fax)
**Attorneys for Plaintiff**
**Pico Industries, Inc.**

_____
James R. Newland, Jr., Bar No. 477804
Thelen Reid Brown Raysman & Steiner, LLP
701 Eighth Street, NW
Washington, DC 20001
202-508-4000
202-508-4321 (fax)
**Attorneys for Defendant**
**United States Fire Insurance Company**

Approved and So Ordered, this 11th day of July, 2007:

_____
Richard W. Roberts, Judge
United States District Court for the District of Columbia